Robert N. Phillips (SBN 120970)
Lisa S. Buccino (SBN 205266)
HOWREY, LLP
525 Market Street, Suite 3600
San Francisco, CA 94105
Telephone: (415) 848-4900
Facsimilie: (415) 848-4999

Attorneys for Plaintiff
INTEL CORPORATION

Robbin M. Coker
LAW OFFICES OF ROBBIN M. COKER
2308 J Street, Suite D
Sacramento, CA 95816
Telephone: (916) 329-7216
Facsimilie: (916) 329-7237

Attorney for Defendant
INTELL DETECTION SYSTEMS, INC.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTEL CORPORATION, a Delaware corporation | |
| Plaintiff, | Case No: 2:05-CV-2359 MCE |
| v. | **STIPULATION AND ORDER REGARDING DISMISSAL WITHOUT PREJUDICE** |
| INTELL DETECTION SYSTEMS, INC., a California corporation, d/b/a INTELL SECURITY SYSTEMS, INTELL SECURITY SYSTEMS & ALARM EXPRESS, INTELL SECURITY & ALARM EXPRESS, and INTELL HANDYMAN | |
| Defendant. | |

Plaintiff INTEL CORPORATION, a Delaware corporation, and Defendant INTELL DETECTION SYSTEMS, INC., a California corporation also doing business as INTELL SECURITY SYSTEMS, INTELL SECURITY SYSTEMS & ALARM EXPRESS, INTELL SECURITY & ALARM EXPRESS, and INTELL HANDYMAN through their counsel hereby stipulate as follows:

1. Pursuant to a written confidential settlement agreement between the parties, this entire Action shall be dismissed without prejudice until the terms of the agreement are performed in full, at which time the entire Action will be deemed dismissed with prejudice.

2. The Court shall retain jurisdiction over the parties for the purpose of enforcing the terms of their confidential settlement agreement until performance in full of each and every term therein.

Dated: 04/06/06                                    Respectfully Submitted,

                                              By: /s/ Robert N. Phillips
                                                  Robert N. Phillips

                                                  Attorney for Plaintiff
                                                  INTEL CORPORATION

                                              By: /s/ Robbin M. Coker
                                                  Robbin M. Coker

                                                  Attorney for Defendant
                                                  INTELL DETECTION SYSTEMS, INC.

IT IS SO ORDERED.

DATED: April 18, 2006

                                                  MORRISON C. ENGLAND, JR
                                                  UNITED STATES DISTRICT JUDGE

HOWREY LLP